PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 23 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.   Ernsdorff, Clara Elizabeth                    Docket No.   0980 2:13CR02110-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Vargas, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima Washington, on the 19th day of September, 2013 under the following conditions:

**Condition #6:** Defendant shall report to the U.S. Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Condition #15:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violations #1, 2 & 3:** Clara Elizabeth Ernsdorff failed to report a change in address on or about September 19, 2013, and failed to report to the U.S. Probation Office for a scheduled office visit and urinalysis test on September 20, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

ORDER OF COURT

Considered and ordered this  23  day of  September , 2013  and ordered filed and made a part of the records in the above case.

_____
James P. Hutton
U.S. Magistrate Judge

Respectfully,

s/Jose Vargas
_____
Jose Vargas
U.S. Pretrial Services Officer

Place    Eastern District of Washington

Date  09/20/2013