# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clara Elizabeth Ernsdorff    Case Number: 2:13CR02110-FVS-1

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 7, 2014    Type of Supervision: Supervised Release

Original Offense: Health Care Fraud,    Date Supervision To Commence: 01/13/2015
18 U.S.C. § 1347

Original Sentence: Prison - 18 months    Date Supervision Expires: 01/12/2018
TSR - 36 months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

24    You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Ms. Ernsdorff is currently an inmate at the Port of Hope Residential Reentry Center (RRC) in Coeur d'Alene, Idaho. She is due to release from custody to Spokane, Washington, on January 13, 2015.  At this time, the offender has employment in Idaho, however, has no transportation to get from Spokane to Coeur d'Alene, Idaho.  The offender currently has not been able to save enough money to secure a place to live and is requesting more time at the RRC in order to save money.

|  | Respectfully submitted, |
|---|---|
| by | s/Anne L. Sauther |
|  | Anne L. Sauther |
|  | U.S. Probation Officer |
|  | Date:  December 17, 2014 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Fred Van Sickle

Signature of Judicial Officer

12/18/14

Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____    Signed: _____
Anne L. Sauther                                                    Clara Elizabeth Ernsdorff
U.S. Probation Officer                                          Probationer or Supervised Releasee

12-16-14
Date