PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 22, 2015**

SEAN F. McAVOY, CLERK

## Request for Modifying the Conditions or Term of  Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clara Elizabeth Ernsdorff          Case Number: 0980 2:13CR02110-FVS-1

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: February 7, 2014          Type of Supervision: Supervised Release

Original Offense: Health Care Fraud,                 Date Supervision Commenced: 01/13/2015
        18 U.S.C. § 1347

Original Sentence: Prison - 18 M                      Date Supervision Expires: 01/12/2018
        TSR - 36 M

## PETITIONING THE COURT

To remove the condition of supervision as follows:

24      You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On December 17, 2014, U.S. Probation requested the above condition be imposed,  due to Ms. Ernsdorff not having a residence to release to in the community.  As of January 7, 2015, Ms. Ernsdorff has an approved release address in Yakima. The defendant has been accepted into the New Hope program offered at the Union Gospel Mission.   The New Hope program will provide Ms. Ernsdorff with basic needs and provide her with an opportunity to be successful in the community.

Respectfully submitted,

by      s/Phil Casey

Phil Casey
U.S. Probation Officer
Date:  January 9, 2015

THE COURT ORDERS
[  ]      No Action
[  ]      The Extension of Supervision as Noted Above
[✓]      The Modification of Conditions as Noted Above
[  ]      Other

Signature of Judicial Officer

Date     1/22/15